# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

'04 SEP -1 10 :38

In the Matter of the Search of

(

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

Case Number: O4 m 758

**THE RESIDENCE LOCATED AT:**
**1131 Union Avenue**
**Sheboygan, WI 53081**

I, Steve Kurkowski, being first duly sworn depose and state:

I am a Senior Special Agent with the Bureau of Immigration & Customs Enforcement (ICE), formerly the United States Customs Service, and have reason to believe that on the property or premises known as:

THIS RESIDENCE LOCATED AT: 1131 Union Avenue, Sheboygan, WI 53081, **and more particularly described as** residence is located on the south side of Union Avenue, two residences east of South 12th Street. The residence is a two family, two story dwelling, with brown colored bricks at the base of the house, light brown siding on the first story, and dark brown siding on the second story. The porch has two support pillars at either end of the porch, with the lower half brown, and the upper half tan colored. The front porch is covered with stairs centered on the dwelling with brown decorative handrails. There is a bare metal front door, with 2 black mailboxes to the left of the door. The left mailbox has the numbers "1131" on the front, while the right mail box (closet to the door) has the numbers "1131A". "1131A" would represent the mailbox the upper residence at this location. There is a detached one-car garage on the rear of the property with the driveway on the east side of the house,

in the Eastern District of Wisconsin there is now concealed certain property, namely: the fruits, evidence, and instrumentalities of criminal offenses against the United States, specifically, **see Attachment B,** items related to the distribution of material involving the sexual exploitation of children or of child pornography,

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure): **fruits, evidence of the commission of crimes**, concerning violations of Title 18, United States Code, Section 2252.

The facts to support a finding of Probable Cause are contained in the attached affidavit of Senior Special Agent Steve Kurkowski, which I believe is reliable and accurate and incorporated herein by reference.

Continued on the attached sheet and made a part hereof. ✓ Yes   No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

_____9/1/04_____
Date and title issued

at Green Bay, Wisconsin
_____
City and State

_____
Signature of Judicial Officer

**JAMES R. SICKEL, U.S. Magistrate Judge**
Name & Title of Judicial Officer

UNITED STATES OF AMERICA    )
    ) SS
EASTERN DISTRICT OF WISCONSIN    )

## AFFIDAVIT

I, STEVEN G. KURKOWSKI being duly sworn, do hereby depose and state:

## INTRODUCTION

1.    I am a Special Agent with the Immigration and Customs Enforcement ("ICE"), and have been so employed by ICE (formerly the U.S. Customs Service) since 2000. From 1985 to 2000, I was employed as Senior Deputy United States Marshal.

2.    I am currently assigned to the Resident Agent in Charge office, Milwaukee, WI. One of my primary duties is the investigation of child pornography crimes. I am also assigned as the RAC Milwaukee program manager for Operation Falcon, a nationwide ICE investigative initiative focusing on Internet child pornography crimes.

3.    In connection with my official duties, I investigate criminal violations of federal statutes, including violations of Title 18, United States Code, Section 2252A(a)(2) (receipt of child pornography); and 2252A(a)(5)(B) (possession of child pornography).

4.    As a result of my participation in this investigation, receiving information from other law enforcement officials, and analyzing documents and records, I am familiar with the circumstances surrounding the facts detailed in this affidavit

## PURPOSE OF AFFIDAVIT

5.    The information contained in this affidavit is not, however, an exhaustive account of everything I know about this case. Rather, it contains only the facts that I believe are necessary to

establish probable cause to believe that evidence of violations of Title 18, United States Code, Section 2252A(a)(2) (receipt of child pornography); and 2252A(a)(5)(B) (possession of child pornography) is located at 1131 Union Ave – Lower Unit, Sheboygan, WI 53081 ("subject premises"), which is described more fully in Attachment "A."

## EXPERIENCE OF THE AFFIANT

6.     As part of my basic agent training, I have received specialized instruction in the area of child pornography investigations.

7.     From September 2000 to November 2000, I received instruction for cyber-crimes/child pornography investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia. During March of 2001, I received specialized instructions in Internet Investigations at the ICE Cyber Crimes Center, Fairfax Virginia. During my career, I have participated in approximately fifty investigations related to child pornography crimes. This involvement would include obtaining and executing search warrants, interviewing subjects of these investigations, assisting other agents in the collection of evidence or identifying evidence from forensic examinations.

8.     Throughout my years as a child exploitation investigator, I have participated in approximately thirty-five search warrants on residences, offices, and Internet service providers pertaining to the retrieval of evidence of possessing, distributing, receiving, and producing child pornography. I have also interviewed sex offenders who have been charged with violating state and federal laws, which prohibit the possession, distribution, receipt, and production of child pornography. I have acted as the main case agent and officer on investigations, which my position

2

requires, among other tasks, that I review, catalog and analyze the retrieved evidence. I have also assisted other agents in obtaining and executing search warrants, interviewing subjects of these investigations, and assisting in the collection of evidence or identifying evidence from forensic examinations.

9.     Due to my experience in the area of investigating child sex crimes, I have become familiar with the means by which individuals who collect and distribute child pornography retrieve the child pornographic images, the manner in which they communicate with the sellers, distributors, and suppliers of child pornography, and the manner in which they collect and save the child pornography that they have retrieved.

## BACKGROUND ON THE USE OF COMPUTERS FOR CHILD EXPLOITATION

10.     In my experience, the primary manner in which child pornography is produced, distributed, and possessed is through the use of computers. Pornographers produce both still and moving images directly from common video or digital cameras attached to a computer. Producers of child pornography often use a device known as a scanner to transfer photographs into a computer readable format, and to then either send the images directly through the internet or copy the images into a disk and send them through the U.S. mails. Many digital cameras also can be connected directly to a computer and through the use of various software programs photographs and videos can be transferred directly to a computer, can be transferred to another computer via the internet, and can be stored directly onto a computer.

3

11.    Once an individual opens an image of child pornography on his computer or accesses such an image through the internet, that image is saved in the computer's "cache." This allows investigators to review a history of the images opened/accessed by the user of the computer long after the image has been opened or accessed.

12.    Individuals who possess, receive, transfer, and distribute child pornography use communication devices known as a modem or cable connections that allow any computer to connect to another computer by telephone line, cable, or wireless service. By connection to an internet service provider, electronic contact can be made to millions of computers around the world. Internet service providers are sometimes commercial concerns, which allow subscribers to dial local numbers and connect to a network, which is connected to their host systems. "Hotmail," for example, is an anonymous and free e-mail service based in California. These internet service providers allow electronic mail service between subscribers, and usually between their own subscribers and those of other networks. Once one has subscribed to an internet service provider, it costs nothing to send or receive image files. Further, each image is a digital duplicate of the computer original, and a child pornography distributor's collection is thus not diminished by distributing the pornography to others via computer. The open and anonymous communication allows the user to locate others of similar inclination and still maintain anonymity. Once contact is established, it is then possible to send text messages and graphic images to others. These communications can be quick, relatively secure, and as anonymous as desired.

13.    The ability to store images in a digital form makes the computer an ideal repository for child pornography. The size of the electronic storage media (commonly referred to as the hard

4

drive) used in home computers has grown exponentially within the last several years. Hard drives with a capacity of one gigabyte are not uncommon, and these drives can store thousands of images at very high resolution.

14. Images can be electronically mailed to anyone with access to a computer and modem, and CD-Roms can be downloaded onto computers for ease of storage, duplication, and distribution. With the proliferation of commercial services providing internet service, computer transfer and digital copying is the preferred method of distributing child pornography.

15. The capacity of computers, and the ease of access and relative anonymity afforded the computer users, permits individuals with an interest in child pornography to amass large collections of such materials.

16. Each time an individual views an online digital image, that image, or remnants of that image, are automatically stored in the hard-drive of the computer used to view the image.

17. In my experience, individuals involved in the collection and distribution of child pornography often categorize the images in their collections, constantly seek new materials to add to their collections, and maintain their collections for many years.

### SUMMARY OF FACTS ESTABLISHING PROBABLE CAUSE

#### *Federal Agents Investigate Regpay – A Company Operating Various Members-Only Child Pornography Websites*

18. In or about February 2003, a federal undercover operation coordinated out of the District of New Jersey revealed that a company called "Regpay," located in Minsk, Belarus, owned and operated various members-only internet websites containing images of what appeared to the

5

federal agents in New Jersey to be real children engaging in pornographic conduct with other children and with adults.

19.    In or about July and August 2003, federal agents operating in an undercover capacity obtained memberships to, and visited, these members-only websites. These undercover agents confirmed by viewing the images that were on display on the internet and by visiting the sites and purchasing memberships therein that these fee-based websites advertised child pornography, and that they contained child pornography.

20.    Discussions with undercover sources and other investigations by ICE agents revealed that the funds from US-based customers accessing Regpay's child pornography websites were transferred into an account maintained by a company known as "Connections", located in Fort Lauderdale, Florida.

### Federal Agents Seize Regpay's Customer List

21.    In or about June 2003, ICE agents from Florida seized Regpay's customer database. This database was housed on a server located in Texas. The customer database contained Regpay's records for each customer who purchased access to one of Regpay's child pornography websites. This information included the purchaser's name, home address, e-mail address, credit card number, names of websites purchased, and date(s) of purchase. This information was then forwarded to various agents in other jurisdictions including this jurisdiction.

### Peter Olson One of Regpay's Customers

22. In or about early October 2003, federal agents reviewed Regpay's customer databases, and discovered that Peter Olson was one of Regpay's paying customers. The purchasing information contained on Regpay's customer database for Peter Olson is as follows:

| Customer Name | Customer Address | Website | Purchase Date |
|---|---|---|---|
| Peter Olson, aka ptolson@excel.net | 1131 Union Ave. Sheboygan, WI 53081 | http://tr.allxboys.com $57.90/month | July 20, 2002 (Approved) |
| Peter Olson, aka ptolson@excel.net | 1131 Union Ave. Sheboygan, WI 53081 | http://www.sunshine-boys.com $44.90/month | October 19, 2002 (Not Approved) |
| Peter Olson, aka ptolson@excel.net | 1131 Union Ave. Sheboygan, WI 53081 | http://tr.erectxboys.com $47.90/month | November 10, 2002 (Approved) |
| Peter Olson, aka ptolson@excel.net | 1131 Union Ave. Sheboygan, WI 53081 | http://tr.allxboys.com $57.90/month | November 13, 2002 (Approved) |

23. In or about July and August 2003, ICE agents from the ICE Cyber Crimes Center in Virginia, with extensive background in child pornography investigations, visited all of the above-listed websites, to which Peter Olson had purchased memberships.

24. The ICE agents determined that these websites contained extensive collections of sexually explicit photographic and video images of what appear to be real children posing and/or engaged in pornographic activities with other children.

25. In July and August 2003, the ICE agents also captured the contents of these websites when they visited the sites. On April 22, 2004, your affiant reviewed the contents of the child

–7–

pornography websites that Peter Olson purchased membership to, and confirmed that the vast majority of the images on these websites depicted sexually explicit activities involving minor boys.

26.     On April 5, 2004, I reviewed membership documents sent by Regpay to the ICE Agents who purchased membership to the various Regpay websites. These documents state that the memberships were monthly and that there was no "autobill" (which means that the customer's credit card was not automatically billed at the end of the month; rather, the customer had to manually sign up for another month's service if he desired this.

### *http://tr.allxboys.com*

27.     According to the Regpay records, Olson joined "http://tr.allxboys.com " on or about July 20, 2002, and his membership was approved. On November 13, 2002 Olson joined again, which also was approved.

28.     On July 25, 2003, ICE Special Agent Michell Chase-Brown, from the SAC Newark, NJ office, acting in an undercover capacity, purchased a month membership to a website entitled "allxboys" aka "http://tr.allxboys.com".

29.     Using this information the agent accessed the website and downloaded images of children engaged in sexually explicit conduct. The home page of the website features images of several males of various ages in multiple poses, and an invitation to become a member of the website. Contained within the website were numerous pictures of young boys in various poses and states of undress. Specifically five of the images contained in http://tr.allxboys.com are described as follows:

      a.     Photo Name: timm0011  – a photograph taken indoors from a side

-8-

view. The photo is of one prepubescent male, naked, standing in front of black back drop (sheet covering the wall), exposing his erect penis. His right arm is straight by his right side; his left hand is placed on his left hip.

b.  Photo Name: timm0432 – a photograph taken indoors from a frontal view. The photo is of one prepubescent male, naked, standing in front of a white back drop (sheet covering the wall) exposing his erect penis. His left hand is behind his back and his right hand is holding a cigarette up to his chest. He has a scar or birth mark located on his upper right bicep.

c.  Photo Name: timm0605 – a photograph taken indoors from a side view. The photo is of one prepubescent male, naked, standing in front of a red back drop (sheet covering the wall) exposing his erect penis. His right hand is placed on his right hip and his left hand is touching the wall behind him. He is wearing a black beret on his head.

d.  Photo Name: timo0003 – a photograph taken indoors from a side view. The photo is of one prepubescent male, naked standing in front of a black wall, exposing his erect penis. His right arm is straight by his right side; his left hand is placed on his left hip.

-9-

e.  Photo Name: timo0010 – a photograph taken indoors from a frontal view. The photo is of one prepubescent male, naked sitting/laying on a red chair, on his buttocks with both knees bent towards his chest, exposing his erect penis. His left hand is extended to the left out of the picture, his right hand is placed on his right knee.

**_http://tr.erectxboys.com_**

30.  According to the Regpay records, Olson joined "http://tr.erectboys.com" on or about November 10, 2002, and was approved for membership.

31.  On July 21, 2003, ICE Special Agent Michell Chase-Brown from the SAC Newark, NJ office, acting in an undercover capacity, purchased a month membership to a website entitled "erectxboys" aka "http://tr.erectxboys.com" aka "www.erectxboys.com".

32.  Using this information the agent accessed the website and downloaded images of children engaged in sexually explicit conduct. The home page of the website features images of several males of various ages in multiple poses, and an invitation to become a member of the website. Contained within the website were numerous pictures of young boys in various poses and states of undress. Specifically five of the images contained in "erectxboys" aka "http://tr.erectxboys.com" aka "www.erectxboys.com" are described as follows:

-10-

a.  Photo Name: C-000099 – a photograph taken indoors from a frontal view. The photo is of one prepubescent male, naked, sitting on a white sheet on his buttocks. His knees are bent up towards his chest, exposing his penis. His left hand is on his left knee and his right hand is on his right knee.

b.  Photo Name: cs014 (update6 Set) – a photograph taken indoors from a frontal view. The photo is of one prepubescent male, naked sitting/leaning on a red chair, on his buttocks exposing his penis. His left arm is extended out of the picture and his right hand is touching his genital area.

c.  Photo Name: cs017 (update6 Set) – a photograph taken indoors from a frontal view. The photo is of one prepubescent male, naked sitting on a red chair, on his buttocks exposing his penis. His right hand is touching his genital area, his left hand is holding a Windmere vibrating machine to the top of his penis.

d.  Photo Name: MAL02-07 (update3 Set) – a photograph taken indoors from a frontal view. The photo is of one prepubescent male, naked laying on a pink and white sheet, on his back with his legs spread open exposing his penis. Both hands are behind his head.

-11-

e. Photo Name: timof0040 (update1 Set) – a photograph taken indoors from a frontal view. The photo is of one prepubescent male, naked sitting/laying on his buttocks exposing his penis. His left knee is bent up towards his chest, right leg extended straight out. His left hand is placed across his crest and his right arm is bent behind his head.

### *E-Mail Addresses Utilized by Olson Associated with Website Memberships*

33. Your affiant queried the Internet website "www.switchboard.com" for information on Peter Olson. This website functions like an on-line telephone directory that allows for searches by telephone numbers. The following information was obtained: Peter Olson is listed as residing at 1131 Union Ave., Sheboygan, WI 53081 with a telephone number of 920-208-3237.

34. On May 25, 2004, a National Comprehensive Report Plus Associates (Auto Track) report was obtained on Peter Olson. The following additional identifying information was obtained:

a. Social Security Number: 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

b. Date of Birth: July 26, 1974

c. Wisconsin Drivers License number: O425-6787-4266-01

d. Past associations with addresses at Concordia University, River Forest, IL and Resurrection Evangelical Lutheran Church.

-12-

35. A query of the Wisconsin Department of Motor Vehicles records for Olson's Wisconsin Drivers License, O425-6787-4266-01 provided the following information: Peter Thomas Olson, 1131 Union Ave., Sheboygan, WI, 53081. The records describe Olson as a white male, DOB 07-26-74, 200 pounds, brown hair, blue eyes, with a valid license and expiration date of 07-26-2005.

36. Information provided by Wisconsin Power and Light for 1131 Union Ave. – Lower, Sheboygan, WI show service to this address in the name of Peter T. Olson, since February 1998. The billing information also shows a possible employer as Sheboygan Lutheran School.

37. Ken Titera, an Investigative Assistant with the Postal Inspection Service provided the following information regarding mail delivery to 1131 Union Ave., Sheboygan, WI, 53081: Mail is good as addressed to this address for the name Peter Olson.

38. On August 17, 2004, pursuant to a Customs Summons, SBC provided the following account information for telephone number 920-208-3237: The telephone number is listed to Peter Olson, service address 1131 Union Ave., Sheboygan, WI, 53081.

39. SBC also provided outgoing Local Call Details for the telephone number 920-208-3237 for the period of April 17, 2004 to July 31, 2004. A review of the records shows that during this period, approximately 630 calls were made to telephone number 920-452-0513.

40. On August 18, 2004, pursuant to a Customs Summons, SBC provided the following subscriber information for telephone number 920-452-0513. The telephone number is listed to EXCELNET, 728 Pennsylvania Ave., Suite J, Sheboygan, WI

-13-

41.     On August 19, 2004, your affiant was advised by Mr. Larry Weidig, Excel Net, Inc. that telephone number 920-452-0513 is a local access number for their company for customers accessing the Internet. He also stated that "excel.net" would be the ending of someone who is a customer of Excel Net Inc.

42.     On August 23, 2004, pursuant to a Customs Summons, Mr. Larry Weidig, Excel Net Inc, provided the following subscriber and account information for the e-mail address "ptolson@excel.net":

| | | |
|---|---|---|
| a. | Name: | Peter Olson |
| b. | Address: | 1131 Union Ave, Sheboygan, WI, 53081 |
| c. | Phone: | 920-208-3237 |
| d. | Payment Method: | Visa, Credit Card Number 4009 2861 3403 5144 |
| e. | Name on Card: | Peter T. Olson |
| f. | Access Method: | Dial Up, Unmetered Access |

***Employment of Peter Olson***

43.     Your affiant conducted a search on the Internet website "www.lcms.org", the website for the "Lutheran Church – Missouri Synod" in an attempt to locate any Lutheran Schools in the Sheboygan, WI area. The search resulted in locating the "Lutheran High School" at 3323 University Drive, Sheboygan, WI, 53081, with an Internet website address of "www.lutheranhigh.com". Peter Olson was listed as a Staff member (Teacher) since 9/21/97. His education listed, in part, was Concordia University, River Forest, IL.

44.     The website also listed the following information regarding Olson:

-14-

    a.      An address of 1131 Union Ave., Sheboygan, WI

    b.      Telephone number of 920-208-3237

    c.      E-mail address of "olson@lutheranhigh.com"

    d.      Bachelor of Music Degree from Condordia University, Major: Education

    e.      Master of Music Education from Northwestern University, Major: Conducting

45.    The faculty site of the High Schools website has a photograph of "Mr. Olson" and states that he is the head of the music department, leads the Concert Band, Brass Choir, Jazz Band, and Pep Band at LHS (Lutheran High School). It also states that he gives private instrumental lessons at local Lutheran elementary schools.

## NATURE OF THE COMPUTER EVIDENCE TO BE SEIZED

46.    Based on my training, experience, and discussions with other law enforcement officers involved in the investigation of child pornography, I know that individuals involved in child pornography keep and collect items containing child pornography over long periods of time. Individuals involved in child pornography furthermore use places that they consider to be private (typically their home) to view, download, store, and view their child pornography collections.

47.    Based on the foregoing, it is believed that evidence of a violation and/or an attempted violation of Title 18, United States Code, Section 2252A will be located within the residences described in Attachment A.

48.    Based upon my knowledge, training and experience, and the experience of other law enforcement personnel, I know that individuals engaged in child exploitation will use places that

-15-

they consider private and secure to receive, download, store, and view pornographic images or video-clips obtained from the internet; most often this private and secure place is the individual's residence;

49.   Based upon my knowledge, training and experience, and the experience of other law enforcement personnel, child pornographers will maintain in their residences safes, safe deposit boxes, storage lockers, and hidden compartments in which they attempt to hide pornographic images contained on storage devices such as video tapes, VCD's, floppy disks, compact disks, and computers. Individuals engaged in child exploitations further will store child pornography and materials related to child pornography (such as passwords) in inaccessible places such as safes or locked compartments. Your affiant therefore requests permission to gain entry to any safes or locked compartments by force, if necessary;

50.   Based upon my knowledge, training and experience, and the experience of other law enforcement personnel, individuals who purchase memberships to child pornography websites will not provide their actual addresses to those who sell illegal child pornography, but rather will seek to partially protect their anonymity by providing a P.O. Box or some similar contact address;

51.   Based upon my knowledge, training and experience, and the experience of other law enforcement personnel, individuals who purchase memberships to child pornography websites will store their passwords and log-in information in a secure and private location so that they can access this information when needed; this location typically is a computer under their control;

-16-

52.     Based upon my knowledge, training and experience, and the experience of other law enforcement personnel, individuals who purchase memberships to child pornography websites will download and/or print out images and video-clips featuring child pornography to add to their collections. These collections will be kept on computers, computer disks, and books under the individual's control. These computers and computer disks will be stored in a secure and private location so that the user can access them. This location is typically the individual's residence;

53.     Searches and seizures of evidence from computers commonly require agents to seize most or all computer items (hardware, software and instructions) to be processed later by a qualified computer expert in a laboratory or other controlled environment. This sorting process can take weeks or months, depending on the volume of data stored, and it would be impractical to attempt this kind of data analysis "on-site." This is almost always true because of the following:

A.      Computer storage devices (such as hard disks, VCD's, CD-Roms, floppy disks, tapes, compact disks, and others) can store the equivalent of thousands of pages of information. Especially when the user wants to conceal criminal evidence, he or she often stores it in random order with deceptive file names. This requires searching authorities to examine all the stored data to determine whether it is included in the warrant. This sorting process can take weeks or months, depending on the volume of data stored and it would be impractical to attempt this kind of data search on site;

-17-

B. Searching computer systems for criminal evidence is a highly technical process requiring expert skill and a properly controlled environment. The vast array of computer hardware and software available requires even computer experts to specialize in some systems and applications, so it is difficult to know before a search which expert should analyze the system and its data. The search of a computer system is an exacting scientific procedure which is designed to protect the integrity of the evidence and to recover even "hidden," erased, compressed, password-protected, or encrypted files. Since computer evidence is extremely vulnerable to tampering or destruction (both from external sources or from destructive code imbedded in the system), the controlled environment of a laboratory is essential to complete and accurate analysis;

C. In order to fully retrieve data from a computer system, the analyst needs all magnetic storage devices as well as the central processing unit. In addition, the analyst needs all the system software (operating systems or interfaces, and hardware drivers), and any applications software, which may have been used to create the data (whether stored on hard drives or on external media).

54. If, after inspecting computers, the input/output devices, system software, and pertinent computer-related documentation, it becomes apparent that these items are no longer necessary to retrieve and preserve the data evidence, such materials and/or equipment will be returned within a reasonable time.

55. Your affiant does not believe that any computer(s) likely to be seized in this case is

-18-

used as part of a business.

56.     It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this Application, including the Application, Affidavit, and Search Warrant, and the requisite inventory notice (with the exception of one copy of the warrant and the inventory notice that will be left at the residence). Sealing is necessary because the items and information to be seized are relevant to an ongoing investigation, and premature disclosure of the contents of this Affidavit and related documents may have a negative impact on this continuing national and international investigation and may jeopardize its effectiveness.

-19-

## ATTACHMENT A

1131 Union Avenue, Sheboygan, WI 53081, is described as follows:

The residence is located on the south side of Union Avenue, two residences east of South 12th Street. The residence is a two family, two story dwelling, with brown colored bricks at the base of the house, light brown siding on the first story, and dark brown siding on the second story. The porch has two support pillars at either end of the porch, with the lower half brown, and the upper half tan colored. The front porch is covered with stairs centered on the dwelling with brown decorative handrails. There is a bare metal front door, with 2 black mailboxes to the left of the door. The left mailbox has the numbers "1131" on the front, while the right mail box (closet to the door) has the numbers "1131A". "1131A" would represent the mailbox the upper residence at this location. There is a detached one-car garage on the rear of the property with the driveway on the east side of the house.

# ATTACHMENT B

## ITEMS TO BE SEIZED

1.     Evidence of Olson's use of the e-mail account "ptolson@excel.net" whether digitally stored on Olson's computer or maintained in paper form;

2.     U.S. Bank Credit card bills and other documentation related to credit card numbers 4009 2861 3403 5144, 4009 2861 3401 7142, and 5183 3894 9002 1115, which were used to purchase memberships or attempts to purchase memberships in "http://tr.allxboys.com", "http://www.sunshine-boys.com", "http://tr.erectxboys.com";

3.     Evidence of paid or unpaid membership in child pornography websites, including "http://tr.allxboys.com", "http://www.sunshine-boys.com", "http://tr.erectxboys.com";

4.     Evidence of receipt of internet/e-mail notices offering child pornography, including notices offering memberships to "http://tr.allxboys.com", "http://www.sunshine-boys.com", "http://tr.erectxboys.com";

5.     Records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence for 1131 Union Ave., Sheboygan, WI, 53081;

6.     Computer hardware and software, hard-drives, DVD's, and CD-Roms, including all contents therein, used to play, store, or duplicate images and video-clips featuring child pornography;

7.     Records and other items which evidence ownership or use of computer equipment found in the above residence, including but not limited to, sales receipts, bills for Internet access, and handwritten notes;

8.     Any images of children, clothed, partially clothed or naked, whether it be digital, in paper form, or in photographs or film;

9.     Notations of any passwords that may control access to a computer operating system or individual computer files;

10.     Envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, regarding the transmission through interstate or foreign commerce, including by United States Mail or by computer, of images of child pornography or other evidence of the sexual exploitation of children:

11.    Locked or unlocked safes and hidden compartments, and the contents therein; safe deposit box keys, storage locker keys, and indicia of lease of safe deposit boxes and storage lockers used to store evidence of the violation of Title 18, United States Code, Section 2251 and 2252A.